UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SUSAN BODDEN-EICHSTEADT,

    Plaintiff,

v.

Case No. 19-cv-1556-bhl

CITY OF MILWAUKEE, et al.,

    Defendants.

## ORDER

After reviewing the agreement submitted by the parties, (ECF No. 27), the Court will approve the stipulation. Accordingly,

**IT IS HEREBY ORDERED** that the March 15, 2021 Order, (ECF No. 26), setting the deadlines for the completion of discovery and dispositive motions is **AMENDED**. All discovery shall be completed by **August 18, 2021** and all dispositive motions shall be filed and served on or before **October 19, 2021**.

Dated at Milwaukee, Wisconsin on May 19, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge